JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTINNI BEAUTY, INC., and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:17-cv-00898 R (FFMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Upon consideration of the Stipulation for Dismissal With Prejudice filed by the parties in this action, and for good cause shown:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: September 26, 2017

_____
Hon. Manuel L. Real